SCHNIBBE v. HAUCK MFG. CO. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Richard

Schnibbe against the Hauck Manufacturing Company, in which Oscar A. Lewis, as trustee in bankruptcy, etc., appeals. No opinion. Motion for restitution granted, to the extent that the money paid by the Hauck Manufacturing Company be paid into court to await the event of the action. See, also, 153 N. Y. Supp. 1142.